```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/8/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
:
:
In re:                                          :    25-cv-02789 (LJL)
:    25-cv-02811 (LJL)
:
ELETSON HOLDINGS INC., et al.,                  :
:    ORDER
*Debtors*.                   :
:
:
---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

On May 8, 2025, counsel for Eletson Holdings Inc. informed the Court of its position that the 30-day period for the Appellants to file their brief on appeal would begin to run upon the docketing of notice that the record on appeal had been sent or was available electronically. No. 25-cv-02789, Dkt. No. 5 at 3; No. 25-cv-02811, Dkt. No. 7 at 3. On May 9, 2025, notice of the availability of the record on appeal was filed. No. 25-cv-02789, Dkt. No. 8; No. 25-cv-02811, Dkt. No. 8. Under Bankruptcy Rule 8018(a)(1), the appellant must serve and file a brief within 30 days after the docketing of notice that the record has been transmitted or is available electronically. Fed. R. Bankr. P. 8018(a)(1). No brief has been filed in either of these appeals. Under Bankruptcy Rule 8018(a)(4), the court, after notice, has the authority to dismiss the appeal of an appellant who fails to file a brief on time or within an extended time authorized by the court. Fed. R. Bankr. P. 8018(a)(4). Neither this Court nor the Bankruptcy Appellate Panel has authorized an extended time.

Accordingly, Appellants in each of the above-captioned cases shall show cause no later than July 15, 2025, why the appeal in such case should not be dismissed. In the absence of a

timely filed response to the order to show cause, the Court shall consider the relief of dismissal to be unopposed and the Court shall dismiss the appeals.

SO ORDERED.

Dated: July 8, 2025, 2025
      New York, New York

_____
LEWIS J. LIMAN
United States District Judge