USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_______________
DATE FILED: 10/07/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE ELETSON HOLDINGS INC.

25-cv-2789 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

On July 8, 2025, the Court issued an order requiring Lassia Investment Company, Glafkos Trust Company, and Family Unit Trust Company (collectively, "Appellants") to show cause no later than July 15, 2025, why the bankruptcy appeal in this case should not be dismissed. Dkt. No. 11. The Court explained that a failure to respond would mean that the Court would "consider the relief of dismissal to be unopposed and the Court shall dismiss" this appeal pursuant to Federal Rule of Bankruptcy Procedure 8018(a)(4). *Id.* The docket does not reflect the filing of any response to the Court's order, and therefore the Court intends to dismiss the appeal pursuant to Bankruptcy Rule 8018(a)(4). Any objection to such a dismissal order should be filed no later than 5:00 p.m. on October 9, 2026.

SO ORDERED.

Dated: October 7, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge