USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_______________
DATE FILED: 10/13/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

IN RE ELETSON HOLDINGS INC.

25-cv-2789 (LJL)

ORDER

---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

Because the docket does not reflect the filing of any response to the Court's October 7, 2026 Order, Dkt. No. 16, the case is dismissed pursuant to Bankruptcy Rule 8018(a)(4).

The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

Dated: October 13, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge